**Order entered April 23, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00311-CV

**HOUSTON INTERNATIONAL INSURANCE GROUP, LTD., ET AL., Appellants**

**V.**

**NATIONSBUILDERS INSURANCE SERVICES, INC., ET AL., Appellees**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-06111**

## ORDER

The appellate record in this appeal is overdue. By letter dated April 21, 2014, court reporter Vielica Dobbins informs us that she has not yet received from appellants a complete designation of the portions of the proceedings to be included in the reporter's record. We construe the letter as a motion for extension of time to file the record and **GRANT** the motion. We **ORDER** appellants to designate the necessary record no later than April 30, 2014 and **ORDER** Ms. Dobbins to file the record no later than June 2, 2014. We further **ORDER** Dallas County District Clerk Gary Fitzsimmons to file the clerk's record no later than May 23, 2014.

We **DIRECT** the Clerk of the Court to send copies of this order by electronic transmission to (1) Ms. Dobbins; (2) the Honorable Dale Tillery, Presiding Judge of the 134th Judicial District Court; (3) Mr. Fitzsimmons; and (4) the parties.


/s/     ELIZABETH LANG-MIERS
           JUSTICE